# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2151
Lower Tribunal No. 21-10283-CA-01
_____


**Lester Cardenas,**
Appellant,

vs.

**Universal Property & Casualty Insurance Company,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, David Craig Miller, Judge.

Alvarez, Feltman, Da Silva & Costa, P.L., and Paul B. Feltman, for appellant.

Russo Lima Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima, for appellee.

Before EMAS, MILLER and GOODEN, JJ.

PER CURIAM.

Affirmed.